IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 03-cv-02492-WDM-CBS

MICHAEL MELAMUD AND
ERICA MELAMUD,

    Plaintiffs,

v.

CAVI, LLC, a Colorado limited liability company doin business as La Piazza Del Villaggio

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulated Motion to Dismiss CAVI, LLC in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 12, 2005.

                                          BY THE COURT:

                                          /s/ Walker D. Miller
                                          United States District Judge

PDF FINAL